## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| NICOLE STAPLETON FOLEY AND MICHAEL FOLEY,<br>   Plaintiffs,<br><br>v.<br><br>I-FLOW CORPORATION, *et al.*,<br>   Defendants. | Civil No. 08-6197 (JRT/JJK)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants Hospira, Inc. and Abbott Laboratories, filed by the parties on July 7, 2009 [Docket No. 87].

**IT IS HEREBY ORDERED** that Defendants Hospira, Inc. and Abbott Laboratories are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: July 10, 2009
at Minneapolis, Minnesota.

                                                        s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                        United States District Judge