UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

NICOLE STAPLETON FOLEY AND
MICHAEL FOLEY,

                Plaintiffs,

v.

I-FLOW CORPORATION., *et al.*,

                Defendants.

Civil No. 08-6197 (JRT/JJK)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

_____

      This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., filed by the parties on February 23, 2010 [Docket No. 161].

      **IT IS HEREBY ORDERED** that defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: February 24, 2010
at Minneapolis, Minnesota.

                                      ___ s/ John R. Tunheim ___
                                        JOHN R. TUNHEIM
                                        United States District Judge